**HAROLD G. BECKS & ASSOCIATES**
HAROLD G. BECKS, State Bar No. 59126
TED L. TRAVIS, State Bar No. 140594
3255 Wilshire Boulevard Suite 1734
Los Angeles, California 90010
Telephone: (213) 385-9852
Fax: (213) 385-1370
Attorneys for Defendants, DEPUTY CHRISTOPHER NANCE; DEPUTY BRETT BINDER; DEPUTY JENNIFER ROTH; SGT. JOHN STANLEY; DEPUTY TAREQ ABDULFATTAH; SGT. CYNTHIA GONZALES; LT. JOHN ROBERTS; and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

**BURNS & COHAN**
TODD W. BURNS, State Bar No. 194937
GABRIEL L. COHAN, State Bar No. 259449
444 West C Street, Suite 444
San Diego, California 92101
Telephone: (619) 236-0244
Facsimile: (619) 768-0333
Attorneys for Plaintiff,
TROY DUGAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY J. DUGAN, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY CHRISTOPHER NANCE, DEPUTY BRETT BINDER, DEPUTY ROTH, DEPUTY ABDULFATAH, SGT. STANLEY, SGT. GONZALES, LT. ROBERTS AND DOES 1-10 <br><br> Defendants. | CASE NO.: CV11-8145 ODW (SHx) <br><br> **ORDER ON JOINT STIPULATION AND PROTECTIVE ORDER** |

///

///

---

1

[PROPOSED] ORDER ON JOINT STIPULATION AND PROTECTIVE ORDER

This Court has read and considered the Joint Stipulation And Protective Order entered into between the Plaintiff and Defendants, by and through their respective attorneys of record herein, and good cause appearing therefore, this Court hereby makes and enters the following orders:

1. The Joint Stipulation And Protective Order is hereby adopted and entered by this Court as an Order of this Court.

DATED: 12/27/2012

*/s/ Stephen J. Hillman*
United States Magistrate Judge
Stephen J. Hillman