UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY J. DUGAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY CHRISTOPHER NANCE, DEPUTY BRETT BINDER, SERGEANT JOHN STANLEY,<br><br>　　　　　　Defendants. | Case No. CV 11-8145 CAS (SHx)<br><br>**JUDGMENT** |

On July 26, 2013, this action came before the Honorable Christina A. Snyder for trial. A jury of eight was impaneled and sworn to try the action. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, and being duly instructed by the Court, the jury retired to consider its verdict.

On August 5, 2013, the jury returned to court and duly rendered unanimous special verdicts in writing. Based on those verdicts, on August 20, 2013, a second phase of the trial was held to permit the jury to consider punitive damages. The jury returned with additional special verdicts on August 20, 2013.

Based on the jury's verdicts returned on August 5 and 20, 2013, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. Plaintiff Troy J. Dugan shall have and recover $850,000 in compensatory damages jointly and severally from defendants Christopher Nance, Brett Binder, and John Stanley.

2. Plaintiff Troy J. Dugan shall have and recover $50,000 in punitive damages from defendant Christopher Nance.

3. Plaintiff Troy J. Dugan shall have and recover $50,000 in punitive damages from defendant Brett Binder.

4. Plaintiff Troy J. Dugan shall have and recover $50,000 in punitive damages from defendant John Stanley.

5. The judgment shall accrue interest from the date it is filed, pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: September 9, 2013

_____
CHRISTINA A. SNYDER
United States District Judge