UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-8145-CAS(SHx) | Date | February 24, 2014 |
|---|---|---|---|
| Title | *TROY J. DUGAN v. COUNTY OF LOS ANGELES; ET AL.* | | |

Present: The Honorable   CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine M. Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gabriel Cohan | Douglas Day |
| Todd Burns | |

**Proceedings:**   PLAINTIFF'S MOTION FOR ORDER COMPELLING DEFENDANTS TO PAY PLAINTIFF'S ATTORNEYS' FEES AND EXPENSES (Filed 01/07/14)[234]

Hearing held and counsel are present. Tentative Order provided. The Court confers with counsel and counsel argue. The Court takes the above-referenced motion under submission.

|  | 00 | : | 10 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |